able care in reducing his speed. *Berg v. Collier,* 60 Ill.App.2d 145, 208 N.E.2d 353, and *Wrighthouse v. Brown,* 52 Ill.App.2d 191, 201 N.E.2d 752.

Plaintiff also has assigned as error the court's refusal to give his tendered instruction Number 16. As defendant points out, the ruling upon this instruction was not included in plaintiff's post-trial motion. The failure to specify this objection as a reason for seeking a new trial prevents this objection from being considered on review since any error with respect thereto has not been properly preserved. *Ill. Rev. Stat.* 1969, Ch. 110, Par. 68.1, and *Sny Island Drainage Dist. v. Meyer,* 27 Ill.2d 530, 190 N.E.2d 356.

Finding no error in the judgment of the Circuit Court of Tazewell County said judgment is affirmed.

Judgment affirmed.

ALLOY, P. J., and SCOTT, J., concur.

THE CITY OF LA SALLE, Plaintiff-Appellee, *v.* RICHARD F. MIGLIO, Defendant-Appellant.

(No. 71-145;

Third District—February 9, 1973.

PER CURIAM.

Louis Olivero, of Peru, for appellant.

James Hurley, of La Salle, for appellee.